# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 26, 2012

145668

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellant,

v

AMANDA SUE BALL,
      Defendant-Appellee.

SC: 145668
COA: 303727
Jackson CC: 10-005752-FC

_____/

     On order of the Court, the application for leave to appeal the June 19, 2012 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 26, 2012

_____
Clerk

p1023